Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED BY_____ D.C.

JUN 21 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Danielle Barrett
Leonard Smith
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Officer Jones badge 385
Officer Alfred Bryant 07
North Miami Police Defendant(s) department
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☑ No

COMPLAINT FOR A CIVIL CASE

I.    The Parties to This Complaint

   A.   The Plaintiff(s)

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name                    Leonard Smith  Danielle Barrett
        Street Address          Homeless
        City and County         Miami-dade county
        State and Zip Code      Florida  33161
        Telephone Number        N/A
        E-mail Address          LeonardSmith314@Gmail.com
                                Adrean Danielle@Gmail.com

   B.   The Defendant(s)

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Jones badge #385

Job or Title (if known) — Police Officer (North Miami police)

Street Address — 700 NE 124th St

City and County — North Miami  Miami-dade county

State and Zip Code — Florida  33161

Telephone Number

E-mail Address (if known)


Defendant No. 2

Name — Alfred Bryant

Job or Title (if known) — Police Officer North Miami police

Street Address — 700 NE 124th St

City and County — Miami-dade county, North Miami

State and Zip Code — Florida  33161

Telephone Number

E-mail Address (if known)


Defendant No. 3

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)


Defendant No. 4

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Freedom of Information Act (FOIA), 5 U.S.C. §552

B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

a.      If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the
State of *(name)* _____.

b.      If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual
The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I sent a letter to officer Jones and Officer Alfred Bryant requesting their public surety bonds for officials, we were told they didn't have them. They are required to have them by law.

IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We want the Judge to order these two officers to release their public official surety bonds to us.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   June 21, 2022

Signature of Plaintiff      _Danielle Barrett      Leonard Smith_

Printed Name of Plaintiff    Danielle Barrett      Leonard Smith

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney      _____

Printed Name of Attorney   _____

Bar Number            _____

Name of Law Firm        _____

Street Address          _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address          _____

I sent a letter to Officer Jones badge # 385, and to Officer Alfred Bryant of the North Miami Police Department. This letter was a freedom request of information for their public official surety bonds. I have attached the document that I sent these two individuals. They were supposed to provide me with this information in the span of 72 hrs. Roughly 4-6 weeks had gone by since I sent the letters addressed to these two officers at their police department (700 NE 124th St North Miami, Florida 33161) and I had not received a response from them. This prompted me to call the police department to find out what was going on. I spoke to Officer Angel Rivera and he told me that he did not know what the surety bonds were and that his officers did not have them. I reached out to the treasury, the attorney general etc. to help me attain this information, and I was unsuccessful. I then sent an email to the city manager Rasha Cameau letting her know that we were asking for the surety bonds of these two officers and getting ignored by the individuals and denied by the station. She never replied and forwarded it to the department and Angel Rivera sent us an email saying that they did not have public official surety bonds. It has now been 3.5 months that I am waiting on the information that I have the right to have. The only thing that I have received from the list of things I asked for was their oath of office. I have tried to take other avenues to get this information but I keep getting blocked. I had no other choice but to file this lawsuit so that I can finally have the information that I asked Officer Jones 385 and Officer Alfred Bryant for. I keep hearing from Officer Rivera that they do not have surety bonds, but according to the Florida Revised Code (113.071 Sureties upon official bonds.) Law enforcement is required to have them. Public official surety bonds fall under the Freedom of Information Act (FOIA), 5U.S.C. § 552, The Sunshine Act 5 U.S.C. § 552b, Fla. Stat. sec. 119.01 ET. seq., and by law Officer Jones badge # 385 and Officer Alfred Bryant are obligated to supply me with this information. EMAIL Leonardsmith314@gmail.com

 **Gmail**

**Leonard Smith <leonardsmith314@gmail.com>**

# Public official surety bonds request
3 messages

---

**Leonard Smith** <leonardsmith314@gmail.com>                      Mon, Apr 17, 2023 at 11:35 AM
To: recordsdivision@northmiamipolice.com

This is Leonard Smith. I put in a foia request for the surety bonds of two officers, officer Jones 385 and officer Alfred Bryant. I sent these letters 4 weeks ago and I haven't heard back. Please provide me with this information I am entitled to by law. Everything I am requesting including the surety bonds and oath of office is listed in the attachment. Thank you.

---

 **Surety bond .docx**
15K

---

**Rivera, Angel** <anrivera@northmiamipolice.com>                  Mon, Apr 17, 2023 at 3:25 PM
To: "leonardsmith314@gmail.com" <leonardsmith314@gmail.com>
Cc: "Salaverria, Maria" <MSalaverria@northmiamipolice.com>

Good Afternoon Mr. Smith,

It was a pleasure speaking with you this past Friday. This morning I came to check on your public records request and was informed of your email.

As per our conversation, we do not have any records regarding surety bonds for the officers listed. However, I see you also included language regarding insurance policy numbers , Certificate of Liability, and "Risk Management Policy". Therefore, I have forwarded this request to our Risk Manager, so that they may assist in providing such records (if they exist). I have attached the oath of office we use when swearing in our officers. Our Records Section will advise you of the status of said request in the near future.

I thank you for your patience.

---

**From:** Jonckheer, Anne-Marie F. <ajonckheer@northmiamipolice.com>
**Sent:** Monday, April 17, 2023 2:57 PM
**To:** Rivera, Angel <anrivera@northmiamipolice.com>
**Subject:** FW: Public official surety bonds request

This is the email that was sent to the Records Division email. He had already sent an email to the PD Info. I do not have that email though.

**Anne-Marie Jonckheer**
*Records Technician*
City of North Miami
305-891-0294 ext. 21112

[Quoted text hidden]

**PD Oath of Office.pdf**
497K

---

**Rivera, Angel** <anrivera@northmiamipolice.com>                    Mon, Apr 24, 2023 at 7:17 PM
To: "leonardsmith314@gmail.com" <leonardsmith314@gmail.com>

Good Evening Mr. Smith,

I am emailing you again just in case you never received my previous email (shown below). As I stated to you over the phone (April 14) and in the email (April 17), we do not have surety bond documents for our officers. I provided you with our oath of office, and we are currently working with our Risk Manager in order to provide the other docs you requested (if they exist). I again thank you so much for your patience.

---

**From:** Rivera, Angel
**Sent:** Monday, April 17, 2023 3:25 PM
**To:** leonardsmith314@gmail.com <leonardsmith314@gmail.com>
**Cc:** Salaverria, Maria <MSalaverria@northmiamipolice.com>
**Subject:** RE: Public official surety bonds request

[Quoted text hidden]

**PD Oath of Office.pdf**
497K

 Gmail                                    **Leonard Smith <leonardsmith314@gmail.com>**

## Foia surety bond

2 messages

**Leonard Smith** <leonardsmith314@gmail.com>                      Mon, Apr 24, 2023 at 3:45 PM
To: Rcameau@northmiamifl.gov

My name is Leonard Smith. I sent a foia to the two police officers Alfred Bryant and Officer Jones badge #385 of North Miami Police department. It is federal and state law for them to comply. They were supposed to give me this information in 72hrs and it is now the 6th week . Please provide me with this information as soon as possible.

 **Surety bond .docx**
15K

**Leonard Smith** <leonardsmith314@gmail.com>                      Thu, Apr 27, 2023 at 11:42 AM
To: Rcameau@northmiamifl.gov

This information was supposed to be given to me in 72hrs and I've been waiting 6 weeks. Can I count on you to order your officers to follow the law or do I have to ask the court for help?
[Quoted text hidden]